FILED

JAN - 7 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>PABLO EFRAIN RAMOS-DURAN (1),<br><br>  Defendant. | Criminal Case No. 13CR0391-H<br><br>JUDGMENT AND ORDER OF DISMISSAL |

GOOD CAUSE APPEARING and upon the motion of the Government, IT IS HEREBY ORDERED that the Indictment in the above entitled case against defendant Pablo Efrain Ramos-Duran is **dismissed without prejudice**. The defendant is hereby discharged.

IT IS SO ORDERED AND ADJUDGED.

Dated: 1-7-14

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE